UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SAUNDERS,<br>        Plaintiff,<br>    v.<br>UNITED STATES OF AMERICA,<br>        Defendant. | Case No. 24-cv-01933-SK<br><br>**ORDER ON MOTION TO WITHDRAW AND PLAINTIFF'S COUNSEL**<br><br>Regarding Docket Nos. 40, 53 |

Now before the Court is the motion to withdraw filed by Plaintiff's Counsel Mindy Susan Bish ("Bish") and Timothy Vrastil ("Vrastil") (collectively, "Counsel") with Bish Law APC. The Court GRANTS the motion to withdraw. However, the Court DIRECTS Bish Law APC to provide a copy of this Order to Plaintiff by no later than January 8, 2026, and continue to serve Plaintiff with all documents in this case until Plaintiff provides his current address to the Court and the address is updated on the case docket. Bish Law APC shall file a proof of service of providing a copy of this Order to Plaintiff by no later than January 12, 2026. Bish Law APC shall also file a proof of service within three days of every other document it serves on Plaintiff in accordance with this Order.

The Court VACATES all deadlines in this case and will provide Plaintiff with three months to locate new counsel or prepare to represent himself in this matter. The Court SETS a further case management conference for April 13, 2026 at 1:30 p.m. A further case management statement shall be filed by no later than April 6, 2026. In this further case management statement, the parties shall propose a revised case schedule through trial, including extending the discovery deadlines if necessary.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which

provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

The Court FURTHER ORDERS that, pursuant to Local Rule 11-6(a)(1), Vrastil is REFERRED to the Court's Standing Committee on Professional Conduct for his failure to practice with the care required for the fair and efficient administration of justice and failure to discharge all obligations to Plaintiff and the Court. Because Vrastil never filed an appearance and became an attorney of record for Plaintiff and, thus, does not receive notice of the documents filed in this case, Bish shall provide a copy of this Order to Vrastil by no later than January 8, 2026, and shall file a proof of service by no later than January 12, 2026.

**IT IS SO ORDERED**.

Dated: January 6, 2026

_____
SALLIE KIM
United States Magistrate Judge

2